PROB 12B
(08/16)

June 24, 2024
pacts id: 7612563

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions or Term of Supervision

**Name of Offender:** Manuel Juarez (English)  **Dkt. No.:** 21CR02381-001-JLS

**Name of Sentencing Judicial Officer:** The Honorable Janis L. Sammartino, U.S. District Judge

**Sentence:** 21 months' custody, followed by 3 years' supervised release *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** March 17, 2023   **Date Supervised Release Commenced:** May 3, 2024

**Prior Violation History:** None.

### PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

**To Add:**
**(Special Condition)**
Not enter or reside in the Republic of Mexico without permission of the court or probation officer, and comply with both United States and Mexican immigration laws.

### CAUSE

Mr. Juarez will be requesting to travel to Mexico in the future to visit his family. Since his release from custody on May 3, 2024, Mr. Juarez has maintained full-time employment, stable housing, and demonstrated that he can maintain communication with probation. It is recommended that his conditions be modified to include the above condition, which will allow travel to Mexico with probation officer approval. The proposed modification is to the benefit of the offender, and therefore a waiver of hearing form is not attached.

Respectfully submitted:                     Reviewed and approved:

by: *[signature]*                            *[signature]*

Jennifer L. Coughlon                         Kasey M. McCoskery
U.S. Probation Officer                       Supervisory U.S. Probation Officer
(619) 409-5137

**THE COURT ORDERS:**

   X    THE MODIFICATION OF CONDITIONS AS NOTED ABOVE

_____  OTHER _____

*[signature: Janis L. Sammartino]*                     06/25/2024

The Honorable Janis L. Sammartino                      Date
U.S. District Judge

PAT